IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNIE JOUANNY, | ) | |
|     Plaintiff | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.:1:16-CV-00135-APM |
| EMBASSY OF FRANCE IN THE | ) | |
| UNITED STATES, | ) | |
|     Defendant. | ) | |

**Acknowledgment of Service and Renewal of Motion to Dismiss**

    The Embassy of France in the United States, through counsel, hereby acknowledges that the Ministry of Foreign Affairs in Paris has received, on or about January 19, 2017, the Complaint along with the Summons and a translation.

    On July 24, 2016, the Embassy filed a motion to dismiss based on three alternative grounds on the merits and for improper service.

    On December 7, 2016, the Court granted the Motion based on improper service without any findings on the other grounds.  The Court also gave Plaintiff leave to properly serve the Complaint.

    Now that the Embassy has acknowledged service, it resubmits its motion to dismiss and respectfully requests a ruling on the three alternative grounds for dismissal which have been fully briefed in Defendant's Motion, the Plaintiff's Opposition, and the Defendant's Reply, respectively Docket # 10, 11 and12.

    Respectfully Submitted,

    /s/
Pierre Choné
Attorney for the Embassy of France
Tel:    (202) 543-3066
pchone@cabinetchone.com